**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
John P. O'Toole, Esq.
7 Giralda Farms
Madison, NJ 07940
Tel: (973) 624-0800 | Fax: (973) 624-0808
john.otoole@wilsonelser.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK DIVISION)

---

HARTFORD UNDERWRITERS INSURANCE
COMPANY and SENTINEL INSURANCE
COMPANY LTD.,

Case No. 1:25-cv-18051

**COMPLAINT**

Plaintiffs,

- against -

ANI MAPLEWOOD LLC,
ANI RAMEN CRANFORD LLC,
ANI SUMMIT LLC,
NOODLE CAFÉ, LIMITED LIABILITY COMPANY,
ANI RAMEN GROUP LLC,
ANI HARBORSIDE LLC, and
ELEVEN HOPITALITY GROUP LLC,

Defendants.

---

Plaintiffs, Hartford Underwriters Insurance Company and Sentinel Insurance Company Ltd., by and through their undersigned attorneys, as and for their Complaint against Defendants, Ani Maplewood LLC, Ani Ramen Cranford LLC, Ani Summit LLC, Noodle Café, Limited Liability Company, Ani Ramen Group LLC, Ani Harborside LLC and Eleven Hospitality Group LLC, allege as follows:

1

315271280v.1

## Nature of Action

1. This is an action to recover money damages based upon the failure of Defendants to pay the full premiums owed under certain workers compensation and business owners insurance policies issued by Plaintiffs.

## Parties

2. Plaintiffs, Hartford Underwriters Insurance Company and Sentinel Insurance Company Ltd. ("Plaintiffs" or "The Hartford") are Connecticut corporations, each of which maintain their principal place of business at One Hartford Plaza, Hartford, Connecticut 06155.

3. Defendants, Ani Maplewood LLC, Ani Ramen Cranford LLC, Ani Summit LLC, Noodle Café, Limited Liability Company, Ani Ramen Group LLC, Ani Harborside LLC and Eleven Hospitality Group LLC (collectively, "Defendants") are each New Jersey limited liability companies which at all relevant times herein maintained their principal place of business at 218 Newark Ave., Jersey City, New Jersey 07302.

4. Upon information and belief formed after conducting a diligent search of the public records, the individual members of each Defendant are also citizens of the State of New Jersey who have no connection to the State of Connecticut for purposes of diversity jurisdiction.

## Jurisdiction and Venue

5. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because it involves citizens of different states and an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

6. Venue of this action in the District of New Jersey is proper under 28 U.S.C. § 1391(b)(1) and (b)(2) in that it is the District where Defendant resides and where a substantial part of the events giving rise to this action occurred.

**Background Facts**

7. Defendants own and operate a series of ramen noodle shops in New Jersey.

8. At the request of Defendants, The Hartford issued workers compensation insurance policy No. 13-WEC-AK3FMH for the period of 2/2/2021 to 2/2/2022 (the "Workers Compensation Policy"), and business insurance policy No. 13-SBA-AL4F1C for the period of 2/2/2021 to 2/2/2022 (the "Business Policy"). Collectively, the Workers Compensation Policy and the Business Policy are referred to as the "Policies."

9. Pursuant to the Policies, Defendants agreed to pay certain premiums to The Hartford. The premiums were based upon Defendant's gross sales, estimated payroll, number of employees and/or applicable employee classification codes.

10. The premiums under the Policies were initially estimated based upon information supplied by Defendants and expressly subject to adjustment after an audit of Defendants' applicable books and records at the conclusion of the Policy periods.

11. The Hartford conducted an audit for the Workers Compensation Policy. Based upon that audit, it was determined that Defendants owed additional premiums under the Workers Compensation Policy in the sum of $126,813.00, no part of which has been paid.

12. Similarly, The Hartford conducted an audit for the Business Policy. Based upon that audit, it was determined that Defendants owed additional premiums under the Business Policy in the sum of $75,659.88, no part of which has been paid.

13. The total unpaid premiums owed under the Workers Compensation Policy and the Business Policy thus equals $202,472.88 (the "Unpaid Premiums").

14. On or about March 21, 2025, The Hartford sent to Defendants a Final Insurance Bill (the "Invoice") for the Unpaid Premiums owed under the Policies, no part of which has been paid. A true and correct copy of the Invoice is annexed hereto as **Exhibit A**.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Breach of Contract)

15. The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 14 as if fully set forth herein.

16. Defendants have wrongfully refused to pay the Unpaid Premiums due under the Polices.

17. The Hartford has fully complied with all of its obligations under the Policies.

18. Defendants breached the terms and conditions of the Policies by failing to pay the Unpaid Premiums as invoiced.

19. As a result of Defendants' breach of the Policies, The Hartford has been damaged in the sum of $202,472.88 (excluding interest, fees and costs).

## AS AND FOR A SECOND CAUSE OF ACTION
### (Account Stated)

20. The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 19 as if fully set forth herein.

21. The amount of Unpaid Premiums owed by Defendants to The Hartford pursuant to the Policies is $202,472.88.

22. The Invoice issued to Defendant (**Exhibit A**) created an express and implied agreement between the parties as to the amount of the premiums due under the Policies.

23. Defendants received and retained the Invoice and did not, contemporaneously or reasonably thereafter, object to or dispute the amounts or charges contained therein and thereby accepted the Invoice.

24. Defendants have wrongfully failed to pay the Unpaid Premiums as invoiced despite The Hartford's demands for payment.

25. As a result of Defendants' failure to pay the amounts due as invoiced, The Hartford has been damaged in the sum of $202,472.88 (excluding interest, fees and costs).

**AND FOR A THIRD CAUSE OF ACTION**
**(Unjust Enrichment / Quantum Merit)**

26. The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 25 as if fully set forth herein.

27. The Policies provided Defendants with insurance coverage for the benefit of its employees and business operations as mandated by the applicable law.

28. Accordingly, as a matter of equity, Defendants should be held liable for the Unpaid Premiums owed under the Policies since Defendant directly benefited from the insurance coverage provided by The Hartford.

**WHEREFORE**, Plaintiffs, Hartford Underwriters Insurance Company and Sentinel Insurance Company Ltd. hereby demand that a judgment be entered against Defendants, Ani Maplewood LLC, Ani Ramen Cranford LLC, Ani Summit LLC, Noodle Café, Limited Liability Company, Ani Ramen Group LLC, Ani Harborside LLC and Eleven Hospitality Group LLC, in the sum of $202,472.88, together with pre- and post-judgment interest thereon, and an award of the fees, costs and expenses incurred by Plaintiffs as applicable, and such other, further, and different relief as the Court may deem just and proper.

DATED:   December 1, 2025				*Respectfully submitted,*

										WILSON ELSER MOSKOWITZ
										EDELMAN & DICKER LLP

										By: _____
											John P. O'Toole
										7 Giralda Farms
										Madison, NJ 07940
										(973) 735-6112 (tel)
										(973) 624-0808 (fax)
										john.otoole@wilsonelser.com
										*Attorneys for Plaintiffs*

315271280v.1

# **EXHIBIT A**

**Final Insurance Bill**  Page 1

**Bill Date: 08/09/22**



Billing Company:
Hartford Fire Insurance Company

### Pay The Minimum By The Due Date

| Bill Account Number | 16220939 |
|---|---|
| Due Date | 08/29/22 |
| Minimum Due | $53,210.96 |
| Balance | $53,210.96 |

### Your Upcoming Bill Installments

| Due Date | Minimum Due |
|---|---|
| 08/29/22 | $53,210.96 |

### Need Help?

Visit **business.thehartford.com** to pay bills, view policy documents, get certificates, and more.

**Talk to us** online using live chat, or call us at 1-866-467-8730 weekdays from 8:00 AM to 8:00 PM ET.

**Named Insured:** ANI RAMEN MAPLEWOOD LLC
**Agent:** THE SECRET INSURANCE AGNCY LLC

### Important Messages:

- Your bill is past due, and your coverage is no longer active. Please pay the full minimum amount due. It won't reinstate your policy, but it will go toward paying for the coverage we provided through the cancelation effective date. Without a payment, we'll forward your unpaid balance to our collections department.

### Billing Details For Your Policies

| Policy Number | Policy Type | Policy Period | Policy Status | Bill Plan | Balance | Minimum Due |
|---|---|---|---|---|---|---|
| 13WECAK3FMH | Workers Compensation | 02/02/21-02/02/22 | Expired | | $44,179.00 | $44,179.00 |
| 13SBAAL4F1C | Business Owners | 02/02/21-02/02/22 | Expired | | $9,031.96 | $9,031.96 |
| | | | | TOTALS | $53,210.96 | $53,210.96 |

---

**Pay your bill online at business.thehartford.com. Make a one-time payment, or sign up for Autopay and never worry about missing a payment.**

Please detach here and insert with your payment. Write the account number on the check and make payable to **The Hartford.**

Account Number: **16220939**

Amount Enclosed: _____

| Payment Due Date | 08/29/22 |
|---|---|
| Minimum Due | $53,210.96 |
| Balance | $53,210.96 |

**Mail Payments To:**

The Hartford
P O Box 660916
Dallas, TX 75266-0916

0734
ANI RAMEN MAPLEWOOD LLC
218 NEWARK AVE
JERSEY CITY, NJ 07302-2736

131622093927654257000053210960000532109681009

1066091508/09/22 29 13 1622093907 NU54

## Transactions And Other Charges Since Your Last Bill

| Transaction Date | Transaction Detail | Policy Number | Policy Type | Payments and Activity | Billing Fees |
|---|---|---|---|---|---|
| | No new activity | | | | |

## Ways To Pay Your Bill

- **Pay online** at business.thehartford.com. Some policies may not be available in our automated system.
- **Set up AutoPay** to make automatic payments from your bank account. Never worry about missing a payment. Enroll at business.thehartford.com.
- **Pay by phone** with a one-time payment from your bank account. Call our automated system at 1-866-467-8730. Some policies may not be available in our automated system.
- **Pay by mail** with the enclosed envelope. Include only your bill stub and payment. Allow atleast 10 days for delivery. If you have other correspondence to send, do not send it with your payment. Mail it separately to: The Hartford, 301 Woods Park Drive, Clinton, NY 13323.
- **To mail Overnight/Express** payments, send payments only to: Deluxe - The Hartford Box #916, 3000 Kellway Drive Suite 120, Carrollton, TX 75006.

## Payment Rules And Bill Definitions

**Payment Application:** We will apply payments received in the following order:
- Past due and audit premium on expired or canceled policies
- Past due premium on active policies
- Past due fees, then
- Current account changes

Alternate payment instructions with your check will not be honored. When you provide a check as payment, you authorize us to either use the information from your check to make a one-time electronic transfer from your bank account or process your payment as a check transaction.

**Audit:** At the start of your policy term, we estimate the premium you'll owe. After audit, the actual amount you owe may be different. This line shows the difference between your estimated premium and your actual premium.
**Installment Fee:** We charge this fee with each installment, except where prohibited by law.
**Late Fee:** You will be charged $0.00 when the minimum amount due isn't paid by the due date.
**New Fees:** The total of all fees assessed on the current bill.
**NSF Fee:** You will be charged $0.00 if your payment fails because of insufficient funds.
**Policy Credits:** Some things, like audit results or endorsement changes, might put a credit back on your account. If your account has a balance, instead of issuing a refund, we use those credits toward your future payments. If your account has an overall credit balance, the refund will be issued to you using the same method you used to make your last payment (Electronic Funds Transfer, credit card or check).
**State/Local Surcharges or Fees:** Some states or municipalities require us to collect an extra amount on top of your premium.